# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAWTHORN SUITES FRANCHISING, INC., <br><br> Plaintiff, <br><br> v. <br><br> BRIJ MADAN, <br><br> Defendant. | Case No. 1:20-mc-00003-SAB <br><br> ORDER REQUIRING PLAINTIFF TO PROVIDE CORRECTED REQUEST FOR ABSTRACT OF JUDGMENT OR PROVIDE SUPPLEMENTAL BRIEFING <br><br> (ECF No. 2) <br><br> SEVEN DAY DEADLINE |

On September 30, 2020, Plaintiff filed a request for an abstract of judgment. (ECF No. 2.) The most recent copy of the judgment attached therein, entitled amended judgment and dated March 26, 2014, issued by the Clerk of the United States District Court for the Northern District of Georgia, specifies that Defendant Brij Madan is jointly and severally liable in the amount of $454,788.53, along with attorney's fees and costs in the amount of $40,681.55. (ECF No. 2 at 5.) On December 26, 2019, the document was certified by the clerk of that court as a true and correct copy. (Id.) Plaintiff also provided a clerk's certification of a judgment to be registered in another district dated January 2, 2020, certifying the attached copy of the judgment was entered on March 27, 2014, that no motion or appeal is pending, and the time for appeal has expired. (Id. at 3.) This document has a CM/ECF filing stamp from the Northern District of Georgia, showing the document was filed in case number 1:20-at-00037 on January 17, 2020. (Id.)

The request for abstract of judgment as filled out by counsel for Plaintiff proffers that the judgment was entered on January 17, 2020, and the "[t]otal amount of judgment as entered or last renewed" is $676,520.28. (Id. at 1.) This amount is not referenced in any of the certified copies of the judgment entered or renewed. It is the general procedure of the Clerk of the Court to only enter an abstract of judgment that reflects the same monetary judgment as on the judgment as entered or last renewed. The certified judgment attached only demonstrates a judgment entered in the amount of $454,788.53, along with attorney's fees and costs in the amount of $40,681.55. (Id. at 5.)

Further, it does not appear that the January 17, 2020 date, entered by counsel as the date that judgment was entered, is the proper date for this section of the form. Additionally, this action for enforcement was filed in the Fresno division of the United States District Court for the Eastern District of California, however, counsel entered the address for the Sacramento division.

Accordingly, IT IS HEREBY ORDERED that within seven (7) days of entry of this order:

1. Plaintiff shall either file a corrected request for an abstract of judgment that reflects the same monetary judgment as entered or last renewed on the certified judgment, as well as the correct date of judgment and address of this Court; or

2. If Plaintiff's position is that the increased amount of monetary judgment and date of judgment as entered is appropriate, supplemental authority or documentation demonstrating the increased amount of monetary judgment may be appropriately entered by this Court, as well as a corrected abstract of judgment that incorporates the correct address of this Court.

IT IS SO ORDERED.

Dated: __**October 2, 2020**__

UNITED STATES MAGISTRATE JUDGE

2